# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

Raheem Shakur,  )
                )
   Plaintiff    )
                )
   vs.          )   Case No. _____
                )   (The case number will be assigned by the clerk)
Dan Walsh  Sheriff  )
Sue Swain  Nurse    )
Nancy Griffin Administrator )
Lt. Snider  Shift Commander )
Sgt. Lutz  Shift Supervisor )
Dr. Shah            )
_____)
_____)
                    )
   Defendant(s)     )

(List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format).

## COMPLAINT*

Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.

[X] 42 U.S.C. §1983 (state, county or municipal defendants)

[ ] Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

[ ] Other federal law: _____

[ ] Unknown _____

*Please refer to the instructions when filling out this complaint. Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.

# I. FEDERAL JURISDICTION

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A. Plaintiff:

Full Name: Raheem Khalil Shakur

Prison Identification Number: ~~29018~~ N90604

Current address: ~~204 E. Main St.~~ 2500 Rt. 99S
~~Urbana, Illinois 61801~~ Mt Sterling IL 62353

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #1:

Full Name: Dan Walsh

Current Job Title: Sheriff

Current Work Address: 204 E Main St.
Urbana, IL 61801

Defendant #2:

Full Name: Sue Swain

Current Job Title: Nurse

Current Work Address: 502 S. Lierman
Urbana, IL 61801

Defendant #3:

Full Name: Nancy Griffin

2

Current Job Title: Jail Administrator - Programs

Current Work Address: 502 S. Lierman

Urbana, IL 61801

Defendant #4:

Full Name: Lt. Snider

Current Job Title: Leiutenant

Current Work Address: 502 S. Lierman

Urbana, IL 61801

Defendant #5:

Full Name: Sgt. Lutz

Current Job Title: Sargent

Current Work Address: 502 S. Lierman

Urbana, IL 61801

*For additional defendants, provide the information in the same format as above on a separate page.*

## III. LITIGATION HISTORY

The "three strikes rule" bars a prisoner from bringing a civil action or appeal <u>in forma pauperis</u> in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?    Yes ☐    No ☒

If yes, please describe _____

_____

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☒    No ☐

3

C. If your answer to B is yes, how many? __1__ Describe the lawsuit(s) below.

1. Name of Case, Court and Docket Number
   _Raheem Shakur vs Kevin McCallister_

2. Basic claim made _Traumatic Amputation of fingertip_

3. Disposition (That is, how did the case end? Was the case dismissed? Was it appealed? Is it still pending?) _Dismissed and Appealed_

*For additional cases, provide the above information in the same format on a separate page.*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint. However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A. Is there a grievance procedure available at your institution?  Yes ☒  No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?

   Yes ☒  No ☐

If your answer is no, explain why not _____
_____

C. Is the grievance process completed?  Yes ☐  No ☐

4

## V. STATEMENT OF CLAIM

Place(s) of the occurrence __Champaign County Jail - Satellite__

Date(s) of the occurrence __6/22/15, 6/25/15, 7/1/15, 6/27/15, 6/26/15, 6/29/15, 7/29/15, 6/17/15, 8/14/15__

State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.

THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.

On 28 May 15 approximately 1149 I was transported and booked into the Champaign County Jail @ 502 S. Lierman St. in Urbana, IL. During booking you are asked questions regarding health, religion, diets etc. at which time although previously documented and treated (most recent having been one month prior), I informed C.O. Morrisson of my Back problems, treatment & medication prescribed for pain and my religious preference as well as other health issues, mental health and need for special accommodation or placement per questions asked.

On 4 Jun 15 I was seen by the Doctor (Dr. Shah) and submitted request prior to this date as well as spoke with R.N. Sue Swain regarding my back and treatment as well as gave information for my primary doctor Linus Ancumku, Dr. V. Johnson and Dr. Jung from Bayview Clinic, Carle Spine Institute and Carle Pain Clinic respectfully so they could obtain my MRI and other needed info to properly treat me. I was given pain medication which did absolutely nothing and complained until was seen again on 17 Jun 15.

Nurse Swain claimed to have not recieved anything from my Primary Doctor but did speak with my old doctor

5

and my pain doctor also. She failed to follow-up with my Primary Doctor Dr. Anuwker, but rather made an appointment for me with my old Dr. being Victoria Johnson @ Carle Spine Institute.

I Grieved this matter and Nurse Sue Swain lied in her one day immediate response to this grievance stating she told me to use a boat when I'd asked for a low bunk. She Never said this so I took upon myself to risk getting a Conduct Report & placed my mattress on the floor. Had she told me that I would have Never got on top bunk injury myself before placing my bed on the floor but would've gotten the boat. She has nothing to support this lie nor was Security made aware of this until 23 Jun 15, the same time I was being time of her reply to my Grievance.

She also stated she contacted Dr. Johnson per my request. Why would I request her when I was being treated at Bayview by Dr. Anuwker? I didn't, she did and made an appt. However, I was forced to pay for this visit and the visit to get the injection Dr. Johnson scheduled. It was Champaign County Jail responsibility to pay for any and all medical attention given to me while in their custody and made by them. My health was their responsibility and I'm only responsible for co-pay for medical treatment their not full payment for treatment at outside hospital in which they made the appointment for treatment and took me to have done. I DID NOT request anything but my pain



medication.

On 24 Jun 15, after waking in severe pain I wrote a grievance and was taken to the booking area placed in a cell w/ mentally ill patients in a very cramped very filthy cell w/ 4 bunks and 4 people already in there. The supposed reason being medical watch for my back problems, how do you watch that issue? At the time I was in need of somewhere to pray, purify myself and study for I was 8 days into the Holy Month of Ramadan. The conditions were very filthy and too cramped to pray, therefore I was unable to fulfill my obligation.

I was eventually moved to a cell by myself and given a boat to place a mattress on the floor on. I did NOT see how this was serving a purpose when I had the same thing in population and I had access to the shower, privacy and/or other inmates as well as security staff. I was told I would get a shower 3 days a week only, could use phone only if could find time and cell to place me to use and could only get out to watch a movie in the a.m. for 2 hrs. a day time at their discretion. Was ignored & denied when requested to be moved.

When I grieved this I was told by Lt. Cravens I should've gotten showers daily, been allowed to watch t.v. and use phone when wanted I wasn't in segregation or being punished which the treatment I got was worse than being in segregation who got out daily for showers. I did not recieve my food on time or properly after being w/out 18 hrs. a day due to fast & was forced to break my fast on occassion due to conditions & hardships. Each issue was grieved, lack of legal access, living conditions, medical, excessive punishment to D.R. given etc... All to no relief. Driven to even contemplate suicide at point or hurting nurse physically. 14 Aug 15 punished twice for violation due

7

## RELIEF REQUESTED

(State what relief you want from the court.)

Punitive Damage $25,000.00
Compensatory Damage $25,000.00

JURY DEMAND    Yes ☒    No ☐

Signed this 27 day of Oct, 20 15.

(Signature of Plaintiff)

| Name of Plaintiff: | Inmate Identification Number: |
|---|---|
| Raheem Shakur | N90604 |
| Address: 2500 Rt. 99 S  Mt Sterling, IL 62353 | Telephone Number: |

8