5590-3
KEF/tlp

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| RAHEEM SHAKUR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No.: 15-cv-02260-CSB |
| | ) |
| DAN WALSH, SUE SWAIN, NANCY GRIFFIN, | ) |
| LT. SNIDER, SGT. LUTZ, DR. SHAH, | ) |
| | ) |
| Defendants. | ) |

### ANSWER PURSUANT TO MERIT REVIEW ORDER OF JANUARY 4, 2016, ADDRESSING PLAINTIFF'S COMPLAINT AND AFFIRMATIVE DEFENSES

NOW COME the Defendants, DAN WALSH, SUSAN SWAIN, NANCY GRIFFIN, RYAN SNYDER (incorrectly named herein as LT. SNIDER), NICOLE LUTZ, and VIPIN SHAH, M.D., by KEITH E. FRUEHLING of HEYL, ROYSTER, VOELKER & ALLEN, their attorneys, and pursuant to the Merit Review Order entered January 4, 2016, mandating a response to the Plaintiff's Complaint, and, in further support thereof, state as follows:

1. On January 4, 2016, this Court entered a Merit Review Order regarding Plaintiff's Complaint. In said Order, this Court ruled that the Plaintiff may proceed on his claims against the above-referenced Defendants as to (1) deliberate indifference to a serious medical need against Defendants Shah and Swain; and (2) a conditions of confinement claim against Defendants Walsh, Griffin, Snyder and Lutz.

ANSWER: The Defendants deny the claims that they violated the Plaintiff's rights by engaging in any type of conduct alleged by the Plaintiff at any time. These Defendants deny the factual basis set forth in the hand-written allegations of the Plaintiff's

Complaint. In addition, these Defendants deny that they violated Plaintiff's rights under the theories allowed in the Court's January 4, 2016 Merit Review Order. Specifically, the Defendants deny that they violated Plaintiff's federal or state rights by being deliberately indifferent to his serious medical needs, and to his conditions of confinement claim. Finally, Defendants deny that the Plaintiff suffered any damages and demand strict proof thereof.

2. As set forth above, Plaintiff's claims of (1) deliberate indifference to a serious medical need against Defendants Shah and Swain; and (2) a conditions of confinement claim against Defendants Walsh, Griffin, Snyder and Lutz are the only claims allowed pursuant to the Merit Review Order entered on January 4, 2016. .

ANSWER: Accordingly, these Defendants make no answer to any other claim as none exist.

WHEREFORE, the Defendants, DAN WALSH, SUSAN SWAIN, NANCY GRIFFIN, RYAN SNYDER (incorrectly named herein as LT. SNIDER), NICOLE LUTZ, and VIPIN SHAH, M.D., respectfully request that this Court enter judgment on their behalf and against the Plaintiff, RAHEEM KHALIL SHAKUR, denying him the relief that he prays for in his Complaint, for costs, and any other relief the Court deems fit.

THESE DEFENDANTS DEMAND A TRIAL BY JURY ON ALL CAUSES IDENTIFIED BY THE COURT IN ITS MERIT REVIEW ORDER.

## AFFIRMATIVE DEFENSES

NOW COME the Defendants, DAN WALSH, SUSAN SWAIN, NANCY GRIFFIN, RYAN SNYDER (incorrectly named herein as LT. SNIDER), NICOLE LUTZ, and VIPIN SHAH, M.D., by their attorneys, HEYL, ROYSTER, VOELKER & ALLEN, and pursuant to Federal Rule of Civil Procedure 8(b) and (c), these Defendants set forth their Affirmative Defenses as follows:

1. To the extent Plaintiff has failed to exhaust his administrative remedies, these Defendants are entitled to judgment as a matter of law.

2. Plaintiff's claim is barred by qualified immunity.

**DEFENDANTS DEMAND A TRIAL BY JURY ON ALL AFFIRMATIVE DEFENSES**

Respectfully submitted,

DAN WALSH, SUSAN SWAIN, NANCY GRIFFIN, RYAN SNYDER, NICOLE LUTZ, and VIPIN SHAH, M.D., Defendants

s/ Keith E. Fruehling
Attorney for Defendants
ARDC #6216098
Heyl, Royster, Voelker & Allen
Suite 300, 102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
217-344-0060 Phone
E-mail: kfruehling@heylroyster.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 3, 2016, I electronically filed the foregoing ANSWER PURSUANT TO MERIT REVIEW ORDER OF JANUARY 4, 2016, ADDRESSING PLAINTIFF'S COMPLAINT AND AFFIRMATIVE DEFENSES with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: None.

I also hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant:

Mr. Raheem Khalil Shakur, #N90604
Western Illinois Correctional Center
Inmate Mail/Parcels
2500 Rt. 99 South
Mount Sterling, IL 62353

 

s/ Keith E. Fruehling
Attorney for Defendants
ARDC #6216098
Heyl, Royster, Voelker & Allen
Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
217-344-0060 Phone
217-344-9295 Fax
E-mail: kfruehling@heylroyster.com

29574488_1.DOCX