E-FILED
Thursday, 02 June, 2016  09:57:16 AM
Clerk, U.S. District Court, ILCD

5590-3
KEF/tlp

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| RAHEEM SHAKUR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No.: 15-cv-02260-CSB |
| | ) | |
| DAN WALSH, SUE SWAIN, NANCY GRIFFIN, | ) | |
| LT. SNIDER, SGT. LUTZ, DR. SHAH, | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION FOR DISMISSAL

NOW COME the pro se Plaintiff, RAHEEM SHAKUR, and the Defendants, SUSAN SWAIN and VIPIN SHAH, M.D., by their attorney, Keith E. Fruehling of Heyl, Royster, Voelker & Allen, and hereby stipulate and agree that the above and foregoing cause of action of the Plaintiff, RAHEEM SHAKUR, against Defendants, SUSAN SWAIN and VIPIN SHAH, M.D., be dismissed with prejudice, in bar of action, costs paid, cause of action satisfied. The Plaintiff expressly asserts that his causes of action against SUSAN SWAIN and VIPIN SHAH, M.D. are dismissed outright and independent of any settlement with any other party defendant. No settlement proceeds have been paid on behalf of SUSAN SWAIN and VIPIN SHAH, M.D. as a result of any allegations in the above-numbered case.

RAHEEM SHAKUR, Plaintiff                SUSAN SWAIN and VIPIN SHAH, M.D., Defendants

BY:_____        BY:_____
    Raheem Shakur                              Keith E. Fruehling
                                                      Heyl, Royster, Voelker & Allen
                                                      102 East Main Street, Suite 300
                                                      Urbana, IL 61801
                                                      Phone 217.344.0060

30257969_1.DOCX