Raheem Shakur
    vs.   Plaintiff
Sheriff Dan Walsh, Sue Swain,
Ryan Snieder, Nancy Griffin, Nicole Lutz,
Dr. V. Shah
             Defendants

No. 15-cv-02260-CSB

## MOTION To Retain Jurisdiction
## TO ENFORCE SETTLEMENT PAYMENT

NOW COMES, Raheem Shakur Plaintiff asking the Courts to REMAIN over the jurisdiction of the above captioned case number until Plaintiff receives Settlement as follows:

1. Defendants offered to pay Plaintiff $2,500 (Twenty-five Hundred dollars)

2. Plaintiff agrees to Dismiss His claims against Defendants in exchange He will receive a payment of $2,500 (Two Thousand-Five Hundred dollars)

3. The Defendants not be allowed to deduct or pay any Court Cost or Fines owed to Champaign County without Plaintiff agreeing to payment.

4. That all monies agreed upon in the Settlement Agreement $2,500 (two-thousand five-hundred dollars), be sent to the Plaintiff per signed Agreement.

WHEREFORE, the Plaintiff RAHEEM SHAKUR request that this Court enter judgement on his behalf, denying the non-payment of any monies owed to Plaintiff per Agreement be given to him in Full, all $2500.