5590-3
KEF/tlp

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| RAHEEM SHAKUR, | ) |
| Plaintiff, | ) |
| vs. | )  No.: 15-cv-02260-CSB |
| DAN WALSH, SUE SWAIN, NANCY GRIFFIN, LT. SNIDER, SGT. LUTZ, DR. SHAH, | ) |
| Defendants. | ) |

## STIPULATION FOR DISMISSAL

NOW COME the pro se Plaintiff, RAHEEM SHAKUR, and the Defendants, DAN WALSH, NANCY GRIFFIN, RYAN SNYDER (incorrectly named herein as LT. SNIDER) and NICOLE LUTZ, by their attorney, Keith E. Fruehling of Heyl, Royster, Voelker & Allen, and hereby stipulate and agree that the above and foregoing cause of action of the Plaintiff, RAHEEM SHAKUR, against Defendants, DAN WALSH, NANCY GRIFFIN, RYAN SNYDER (incorrectly named herein as LT. SNIDER) and NICOLE LUTZ, be dismissed with prejudice, in bar of action, costs paid, cause of action satisfied.

RAHEEM SHAKUR, Plaintiff

BY: s/Raheem Shakur

DAN WALSH, NANCY GRIFFIN, RYAN SNYDER, and NICOLE LUTZ, Defendants

BY: s/ Keith E. Fruehling
 Keith E. Fruehling
 Heyl, Royster, Voelker & Allen
 Suite 300
 102 East Main Street
 Urbana, IL 61801
 Phone: 217.344.0060

30257987_1.DOCX