5590-3
KEF/tlp

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| RAHEEM SHAKUR, | ) |
| Plaintiff, | ) |
| vs. | ) No.: 15-cv-02260-CSB |
| DAN WALSH, SUE SWAIN, NANCY GRIFFIN, LT. SNIDER, SGT. LUTZ, DR. SHAH, | ) |
| Defendants. | ) |

## STIPULATION FOR DISMISSAL

NOW COME the pro se Plaintiff, RAHEEM SHAKUR, and the Defendants, SUSAN SWAIN and VIPIN SHAH, M.D., by their attorney, Keith E. Fruehling of Heyl, Royster, Voelker & Allen, and hereby stipulate and agree that the above and foregoing cause of action of the Plaintiff, RAHEEM SHAKUR, against Defendants, SUSAN SWAIN and VIPIN SHAH, M.D., be dismissed with prejudice, in bar of action, costs paid, cause of action satisfied. The Plaintiff expressly asserts that his causes of action against SUSAN SWAIN and VIPIN SHAH, M.D. are dismissed outright and independent of any settlement with any other party defendant. No settlement proceeds have been paid on behalf of SUSAN SWAIN and VIPIN SHAH, M.D. as a result of any allegations in the above-numbered case.

RAHEEM SHAKUR, Plaintiff

BY: s/Raheem Shakur
    Raheem Shakur
    Western Illinois Correctional Center
    2500 Rt. 99 South
    Mount Sterling, IL 62353

SUSAN SWAIN and VIPIN SHAH, M.D., Defendants

BY: s/Keith E. Fruehling
    Keith E. Fruehling
    Heyl, Royster, Voelker & Allen
    102 East Main Street, Suite 300
    Urbana, IL 61801
    Phone 217.344.0060

30257969_1.DOCX